**2:26-bk-01807-FMR** Melqui Cede Garcia Polanco
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** Luis Ernesto Rivera II
**Date filed:** 07/22/2026 **Date of last filing:** 10/20/2026

# Creditors

| | |
|---|---|
| **Acima Credit**<br>13907 Minuteman Dr 5th Floor<br>Draper, UT 84020 | (32698318)<br>(cr) |
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (32768232)<br>(cr) |
| **American Express National Bank**<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | (32768231)<br>(cr) |
| **Amex**<br>CorrespondenceBankruptcy<br>Po Box 981535<br>El Paso, TX 79998 | (32698319)<br>(cr) |
| **Bank of America**<br>Attn: Bankruptcy<br>P.O.Box 15019<br>Wilmington, DE 19886 | (32698320)<br>(cr) |
| **Bank of America, N.A.**<br>PO Box 673033<br>Dallas, TX 75267-3033 | (32868319)<br>(cr) |
| **Barclays Bank Delaware**<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899 | (32698321)<br>(cr) |
| **Capital One**<br>AttN: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130 | (32698322)<br>(cr) |
| **Chex Systems, Inc.**<br>ATTN: Bankruptcy Department<br>PO Box 583399<br>Minneapolis, MN 55458 | (32698323)<br>(cr) |
| **Child Support Enforcement**<br>PO Box 8030<br>Tallahassee, FL 32314 | (32698324)<br>(cr) |
| **Citibank** | (32698325) |

Attn: Bankruptcy Department (cr)
P.O.Box 790046
St. Louis, MO 63179

**Comenity Capital Bank/PayPal Credit**
Attn: Bankruptcy (32698326)
Po Box 182273 (cr)
Columbus, OH 43218

**Credence Resource Management, LLC**
Attn: Bankruptcy (32698327)
Po Box 2300 (cr)
Southgate, MI 48195

**Credit One Bank**
Attn: Bankruptcy Department (32698328)
6801 Cimarron Rd (cr)
Las Vegas, NV 89113

**Cws/cw Nexus**
Attn: Bankruptcy (32698329)
Po Box 9201 (cr)
Old Bethpage, NY 11804

**Department of Revenue**
PO Box 6668 (32698317)
Tallahassee, FL 32314-6668 (cr)

**Department of the Treasury**
PO Box 21126 (32698330)
Philadelphia, PA 19114 (cr)

**DNG Property Florida LLC**
5275 Parkway Plaza (32698333)
Suite 100 (cr)
Charlotte, NC 28212

**DNG Property Florida LLC**
PO BOX 22107 (32698332)
Tampa, FL 33622 (cr)

**DNG Property Florida LLC**
5275 Parkway Plaza (32698331)
Suite 100 (cr)
Charlotte, NC 28217

**Equifax**
Attn: Bankruptcy Dept. (32698334)
P.O. Box 740241 (cr)
Atlanta, GA 30374

**Experian**
Attn: Bankruptcy Dept. (32698335)
P.O. Box 2002 (cr)
Allen, TX 75013

**Florida Department Of Revenue** (32698336)
5050 W Tennessee St (cr)

Tallahassee, FL 32399-0110

| | |
|---|---|
| **Honorable Merrick Garland**<br>Attorney General<br>Dept of Justice #4400<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | (32698337)<br>(cr) |
| **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (32698316)<br>(cr) |
| **IRS Centralized Bankruptcy Department**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (32698338)<br>(cr) |
| **JPMorgan Chase Bank, N.A.**<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001 | (32756986)<br>(cr) |
| **LightStream, a division of Truist Bank**<br>P.O Box 1847<br>Wilson, NC 27894 | (32739433)<br>(cr) |
| **Mercedes-Benz Financial**<br>Attn: Bankruptcy<br>Po Box 961<br>Roanoke, TX 76262 | (32698339)<br>(cr) |
| **Midland Credit Management, Inc.**<br>PO Box 2037<br>Warren, MI 48090 | (32824959)<br>(cr) |
| **New York City Barbershop LLC**<br>4901 Palm Beach Blvd.<br>Suite 410<br>Fort Myers, FL 33905 | (32698340)<br>(cr) |
| **Pinnacle Credit Services, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (32757657)<br>(cr) |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>POB 41067<br>Norfolk, VA 23541 | (32863497)<br>(cr) |
| **Santander Consumer USA, Inc**<br>Attn: Bankruptcy<br>P.O. Box 961245<br>Fort Worth, TX 76161 | (32698341)<br>(cr) |
| **Selfinc/lead**<br>Self Financial, Inc., Attn: Bankruptcy<br>Po Box 11<br>Southlake, TX 76092 | (32698342)<br>(cr) |

**South Broward Hospital District**
3111 Stirling Road
Fort Lauderdale, FL 33312
(32698343)
(cr)

**Suncoast Credit Union**
Attn: Bankruptcy
Po Box 11904
Tampa, FL 33680
(32698344)
(cr)

**Suncoast Cu**
Attn: Bankruptcy
Po Box 11904
Tampa, FL 33680
(32698345)
(cr)

**T-MOBILE USA INC**
Jefferson Capital Systems LLC Assignee
PO Box 7999
St. Cloud, MN 56302-9617
(32788565)
(cr)

**TD Auto Finance**
PO Box 1931
Burlingame, CA 94011
(32719038)
(cr)

**Td Auto Finance**
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333
(32698346)
(cr)

**Transunion**
Attn: Bankruptcy Dept.
P.O. Box 2000
Chester, PA 19016-2000
(32698347)
(cr)

**Truist Bank**
Attn: Bankruptcy
214 N. Tryon Street
Charlotte, NC 28202
(32698348)
(cr)

**U.S. Bank National Association**
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108
(32895957)
(cr)

**US Attorney Southern District**
c/o Hon. Jason A. Reding Qui ones
99 NE 4th St
Miami, FL 33132
(32698349)
(cr)

**Us Bk Cacs**
Attn: Bankruptcy
Po Box 5229
Cincinatti, OH 45201
(32698350)
(cr)

**Waypoint Resource Group**
Attn: Bankruptcy
1065 W Levoy Dr, Ste 100
Taylorsville, UT 84123
(32698351)
(cr)

**Wells Fargo Bank NA** (32698352) (cr)
Attn: Bankruptcy
Po Box 393
Minneapolis, MN 55480

**Wells Fargo Bank, N.A., Wells Fargo Card Services** (32764275) (cr)
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/20/2026 12:01:55 | | | |
| **PACER Login:** | blancojose122 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 2:26-bk-01807-FMR Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |